

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2018

No. 04-18-00522-CV

**IN THE MATTER OF THE ESTATE OF HUGH BOB SPILLER,**

From the County Court, Menard County, Texas
Trial Court No. 2013-02059A
Honorable Joe Loving, Jr., Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to October 19, 2018.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court